**Jillian Hindo (027718)**
**HINDO LAW GROUP PLLC**
20235 N. 51st Ave., Suite 166
Glendale, AZ 85308
Phone: (602) 377-9369
Fax: (602) 391-2947
Email: jillian@hindolaw.com
Attorney for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| JAMES ANTHONY HIGUERA | Case No: 2:20-bk-01061-SHG |
| Debtor. | **MOTION FOR ACCELERATED HEARING ON MOTION FOR EXTENSION OF THE AUTOMATIC STAY** |

COMES NOW, James Anthony Higuera ("Debtor"), by and through counsel undersigned and hereby moves this Honorable Court for an Accelerated Hearing on the Motion for Extension of the Automatic Stay filed the 3rd day of February, 2020 for the reason that 11 U.S.C. § 362 (c)(3)(B) requires that notice and hearing be completed before the expiration of thirty (30) days after the filing of Debtor's Chapter 13 Bankruptcy Case.

RESPECTFULLY SUBMITTED this 3rd day of February, 2020.

                                      HINDO LAW GROUP, PLLC

                                      By: /s/ *Jillian Hindo*
                                              Jillian Hindo (027718)
                                              20235 N. 51ST Ave., Suite 166
                                              Glendale, AZ 85308

| | |
|---|---|
| 1 | |
| 2 | ORIGINAL of the foregoing<br>electronically filed with the<br>Clerk of the Court this |
| 3 | 3rd day of February, 2020. |
| 4 | COPIES of the foregoing<br>mailed this 3rd day of February, 2020 to: |
| 5 | |
| 6 | Trustee<br>Edward J. Maney<br>101 N First Ave, Suite 1775 |
| 7 | Phoenix, AZ 85003 |
| 8 | United States Trustee<br>Office of the U.S. Trustee |
| 9 | 230 N. 1st Ave. Ste. #204<br>Phoenix, AZ 85003-1725 |
| 10 | |
| 11 | James Anthony Higuera<br>5233 W. Carol Ave<br>Glendale, AZ 85302 |
| 12 | |
| 13 | By: /s/ |
| 14 | Jillian Hindo, Attorney |