# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| JAMES ANTHONY HIGUERA | Case No: 2:20-bk-01061-SHG |
| Debtor. | **ORDER SETTING ACCELERATED HEARING ON MOTION FOR EXTENSION OF THE AUTOMATIC STAY** |

**IT IS ORDERED** setting an Accelerated Hearing on Debtors' Motion for Extension of the Automatic Stay on February 24, 2020 at 2:00 pm, before the Honorable Scott Gan Judge of the U.S. Bankruptcy Court, 230 N 1st Avenue, Phoenix, AZ 85003, Courtroom 301 and appearances also available at James A. Walsh Federal Courthouse, 38 S. Scott Avenue, Courtroom 329, Tucson, AZ 85701. Debtors shall immediately serve this order on all interest parties and file a certificate of service.

**IT IS FURTHER ORDERED** any responsive pleadings must be in writing, filed with the Clerk of the Court, and served upon the Trustee, by February 21, 2020 at 5:00 pm. The court may accept evidence through declarations or verified pleadings and may vacate the hearing.

**DATED AND SIGNED ABOVE**